**Dismissed and Memorandum Opinion filed April 9, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00061-CV

## JENNIFER MARIA ABOLADE, Appellant

## V.

## IBRAHIM OLAJIDE ABOLADE, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-84880**

## MEMORANDUM OPINION

This is an appeal from an order signed January 05, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On February 22, 2024, this court ordered appellant to pay the appellate filing fee on or before March 4, 2024, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.